USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SZYMON CHODAKOWSKI,

                              Plaintiff,

           -against-

ANTHONY ANNUCCI et al.,

                              Defendants.

-----------------------------------------------------------------X

**ORDER**

**1:19-CV-248 (LTS) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        On December 5, 2019, the parties appeared for oral argument.  The Government is directed to submit any additional legal authority for the Court's consideration via ECF by **December 12, 2019**.  The petitioner may respond by providing additional legal authority via ECF by **December 19, 2019**.

        SO ORDERED.

Dated: December 6, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge